1. JS 44 civil cover sheet approved by the Judicial Conference of the United States in September 1974
28 USC 1331

CCB-13-987

Civil rights (448) education (440) other civil rights
Prisoner Petitions (530) General (550) civil rights
(560) civil detainee conditions of confinement.

On 2-28-2013 I Nathan Taylor were moved from the Baltimore city detention center to a department of health and mental hygiene facility S.G.H.C. for no other reason than to deprive me of 18 U.S. Code 2257(a) through (c) and

2) the pertinent regulations 28 CFR Ch 1 Part 75 deprive me of a magazine a porno magazine which is clear to see sex discrimination. VIII. general rights VII. civil rights you have the right to practice the religion or, faith of your choice I am a christian and my 1st Amendment right to the united states constitution to practice my religion have been violated because it clearly states in the HOLY BIBLE christian faith bible that (God) created (Adam and Eve)

and SGHC denied me my right to bring in my magazine which go along with me practings

3 my religion saying its contraband to prevent me from having magazine 18 U.S. Code 2257(a) through (c) and the pertinent regulations 28 C.F.R Ch 1 Part 75 is a clear violation of my 1st Amendment right to the United States Constitution to practice my religion S·G·H·C do not have the authority to deprive me tell me I can not posses have a magazine that is Part of my religion the 1st Amendment to the United States Constitution have sole Power authority over any self made make up rule that (D·H·M·H) (S·G·H·C) make up rule such as contraband rule the

united states Constitution have sole Power over any rule such as contraband rule that (S.G.H.C) Put in Place saying I cant Posses have a magazine that I have the right by law to Posses under the 1st Amendment of the united states Constitution 18 U.S Code 2257(a) through (c) and the Pertinent regulations 28 CFR Ch 1

Part 75 (D.H.M.H) civil rights Personal liberty liberty department of

Health and mental Hygiene sex discrimination

is clear to see how come a XXL magazine is

allowed in not allowed (D.H.M.H.) not

5 contraband whats the difference from a XXL magazine being allowed into (DHMH) (SGHC) facility and this magazine 18 U.S. Code 2257 (a) through (c) and the pertinent regulations 28 CFR Ch1 Part 75? they both are the same kind of magazines pictures inside they both are magazines both have the same pictures inside just one have sex photos pictures inside other than that it is no difference in the magazines that is clearly 100 percent sex discrimination its no other way to put it sex discrimination I am seeking from this

Honorable court of law in this sex discrimination

case that an Honorable court order that magazine 18 U.S. Code 2257(a) through (c) and the pertinent regulations 28 CFR Ch 1 Part 75 be allowed into all of the department of Health and mental Hygiene facilities because it is clearly prejudice and sex discrimination and against the law under the 1st Amendment right to the united states constitution to practice religion faith I Nathan Taylor do solemly swear and affirm under the penalities of perjury that the contents of the foregoing document are true and correct to the best of my (belief) (knowledge) and (information)

*Nathan Taylor*

*(scheme)* *(Allude)*

1. Weapons: Any item could be used as a weapon. The hospital clinical staff and Police Department will make a determination as to whether an object shall be considered a weapon. **Psychological Techniques**
The following items can be considered weapons in any situation:
   - Firearms of any type loaded or unloaded.
   - Knives, and other sharp cutting instruments.
   - Clubs, and other bludgeon devices.
   - Mace, and other chemical products.
2. Sharp Objects: This includes any objects, which in either it's original, or altered state, could be used to inflict injury. This shall include but not be limited to:
   - Any kind of glass, mirrors, bottles or other containers
   - Wood
   - Scissors **Psychological Techniques**
   - Any other sharp object, or item that could easily be made into a sharp object, and
   - Any object containing or having as a part of it, metal, including wire/plastic hangers.
   - NOTE: patients shall use only "shorty" pens and pencils.
3. Objects that can be used for asphyxiation such as rope, electric cords, headphones with cords, eyeglass chains/cords, and shoelaces greater than 27" long. Additionally, by order of the physician, any object such as bedclothes or wearing apparel such as belts, shoelaces less than 27" long, etc. may be considered contraband.
4. Drug and Drug Products: Unless ordered by a physician privileged to practice at Spring Grove Hospital Center, no patient shall maintain any drug or drug product in his/her personal possession. This shall include prescription, non-prescription medication, and herbal products. Illicit drugs and spirited beverages are always considered contraband.
5. Personal Hygiene Products: Items in glass or aerosol containers such as deodorants, shaving cream or perfumes and items containing alcohol. Items that are operated by electricity such as, electric razors, curlers and hair dryers. Any type of razor including straight, safety, double edge and disposable.
6. Flammable Substances: To include matches, cigarette lighters, flammable liquids and chemicals.
7. Tobacco Products: These products are contraband on the units and may not be in the patient's possession inside the center's buildings. All tobacco products are contraband for adolescent patients.
8. Entertainment Appliances: Items that are operated by electric current. This shall include items such as radios, DVD players, television sets, CD players that are not powered by batteries.
9. Cameras, Video and Audio Recording Devices: In order to assure patient confidentiality, and to preserve the therapeutic milieu, no types of photographic or recording devices are permitted unless authorized by policy.
10. Cellular Phones and Pagers/Beepers: To provide a therapeutic environment, cell phones and beepers are contraband.
11. All steel toes shoes and boots. **hebephrenia**
12. Other Items: If anytime clinical staff considers an item to pose a threat to the preservation of the milieu or the safety of patients, the item may be considered contraband. Heavy or sharp jewelry that could potentially be used to inflict injury.

*18 US code 2257(a) through (c) and the pertinent regulations 28 CFR ch1 Part 75.*